IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sophia Meimaroglou | ) | No. 08 B 18941 |
| | ) | |
| Debtor. | ) | *Hon. Jaqueline P. Cox* |

## NOTICE OF FINAL HEARING ON CASH COLLATERAL

To:    See attached service list.

PLEASE TAKE NOTICE that on the 23rd day of June, 2009, the undersigned caused to be filed with the United States Bankruptcy Court for the Northern District of Illinois Eastern Division, the *Interim Order Approving and Authorizing Debtor's Use of Cash Collateral For the Period of June 1-June 30, 2009*, a copy of which can be found on the Northern District of Illinois Bankruptcy website at https://ecf.ilnb.uscourts.gov., under case No. 08-18941. A PACER account may be necessary for login and viewing of the Order. Per the Order approving the final hearing on the cash collateral, please be advised that the final hearing is set for June 30, 2009 at 10:30 a.m. Objections due from creditors and parties of interest are due on June 29, 2009.

S/Joel E. Blumenfeld

## CERTIFICATE OF SERVICE

I, Keevan D. Morgan, hereby certify that I served the parties on the attached service list with this notice of the *Interim Order Approving and Authorizing Debtor's Use of Cash Collateral For the Period of June 1-June 30, 2009* by causing the same to be placed in the U.S. mail, first class postage prepaid, before the hour of 4:30 p.m. on this 23rd day of June, 2009.

S/Joel E. Blumenfeld

Joel E. Blumenfeld
Keevan D. Morgan
Morgan and Bley, Ltd.
900 W. Jackson Blvd., Suite 4E
Chicago, Illinois 60607
312.243.0006
Attorney No. 22545

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ABT TV/GEMB
PO Box 981439
El Paso, TX 79998-1439

Ariel Weissberg, Esq.
401 S. LaSalle St., Ste. 403
Chicago, IL 60605-1079

Broadway Bank
5960 N. Broadway
Chicago, IL 60660-3587

COOK COUNTY TREASURER'S OFFICE
LEGAL DEPARTMENT
118 NORTH CLARK STREET - ROOM 112
CHICAGO, IL 60602-1332

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

Dimitri Letsos
7604 Florence Ave.
Downers Grove, IL 60516-4445

HCI Mortgage
1 Woodbridge Center
Woodbridge, NJ 07095-1150

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Indian Boundary Condo Assoc
c/o Michael Daniels, Reg Agent
3856 Oakton
Skokie, IL 60076-3454

Kenneth Ditkowsky, Esq.
5940 W. Touhy, Ste. 230
Niles, IL 60714-4604

NGN, LLC as successor in interest
to Broadway Bank
5960 N. Broadway
Chicago, IL 60660-3587

National Education Service
200 W. Monroe St. Suite 700
Chicago, IL 60606-5057

Nick Dizonno, Esq.
Serpe, Dizonno & Assoc.
One Pierce Pl., Ste. 150 C
Itasca, IL 60143-2692

North Community Bank
3639 N. Broadway St.
Chicago, IL 60613-4489

PEOPLES GAS LIGHT AND COKE CO
130 E RANDOLPH DRIVE
CHICAGO, IL 60601-6207

Peoples Gas
130 E. Randolph St.
Chicago, IL 60601-6302

Steven Pontikes, Esq
111 W. Washington, Ste. 1221
Chicago, IL 60602-3482

WFN, LLC as successor in interest
to Broadway Bank
5960 N. Broadway
Chicago, IL 60660-3587

Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 403
Chicago, IL 60605-2993

Joel E Blumenfeld
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Chicago, IL 60607-3024

Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Chicago, IL 60607-3024

Konstantine T. Sparagis
Law Offices of Konstantine Sparagis  P C
8 S Michigan Ave  27th Fl
Chicago, IL 60603-3357

Sophia Meimaroglou
1460 - 62 W. Fargo
Chicago, IL 60626-5909

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).