IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 08 B 18941 |
| SOPHIA MEIMAROGLOU, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually, but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for the allowance of final compensation in the amount of $19,704.50 and reimbursement of expenses totaling $53.00 for services rendered during the period December 2, 2010 through March 30, 2012. In support of this application, Much Shelist states as follows:

1. On July 24, 2008, Sophia Meimaroglou (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Code.

2. On January 21, 2010, the Debtor's Chapter 11 case was converted to a case under Chapter 7. The Trustee was subsequently appointed, qualified and continues to serve as the Trustee herein.

3. On February 23, 2010, this Court entered an Order authorizing the Trustee to employ Much Shelist as the Trustee's attorneys in this case, effective January 26, 2010.

4. On February 7, 2011, this Court entered an Order awarding Much Shelist interim compensation in the amount of $27,742.50 plus reimbursement of out-of-pocket expenses in the amount of $70.20 for services rendered during the period February 8, 2010 through November 12, 2010.

5. Much Shelist has no agreement with any other firm or person whatsoever with regard to its compensation in this case.

6. During the time period covered by this application, Much Shelist provided 35.20 hours of services to the Trustee.

7. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 30.80 hrs. | $587.92/hr.* | $18,108.50 |
| Jeffrey L. Gansberg | 3.20 hrs. | $390.00/hr. | $1,248.00 |
| Martin J. Wasserman | 1.20 hrs. | $290.00/hr. | 348.00 |
| | | | |
| **TOTAL** | **35.20 hrs.** | | **$19,704.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

8. As more fully detailed in the chronological statement of services attached as Exhibit "A", Much Shelist provided services to the Trustee with respect to the following matters.

A. **General Administration (Tab No. 1)**: Much Shelist provided 4.00 hours of General Administrative services to the Trustee. Much Shelist attorneys prepared pleadings and participated in a hearing on the Trustee's motion to abandon this estate's interest in various parcels of real estate. Much Shelist was also involved with the preparation of a motion to conduct a 2004 exam of the Debtor and appeared in Court on same.

The attorneys who provided General Administrative services to the Trustee and the time they expended are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | .50 hrs. | $595.00/hr. | $297.50 |
| Jeffrey L. Gansberg | 2.30 hrs. | $390.00/hr. | 897.00 |
| Martin J. Wasserman | 1.20 hrs. | $290.00/hr. | 348.00 |
| | | | |
| **TOTAL** | **4.00 hrs.** | | **$1,542.50** |

2

B.  **Disposition of Assets (Tab No. 2):**  Much Shelist expended 6.20 hours of legal time in connection with the disposition of certain real estate allegedly owned by the Debtor in Greece (the "Greece Property").  Counsel was involved in telephonic communications with an attorney in Greece regarding ownership rights in two (2) condominium units previously owned by the Debtor's deceased father.  After an extensive search of the Land Registry, the Trustee was advised that any and all rights, title and interest in the condominiums passed through debtor's father estate to his spouse "with rights of survivorship".  Time was spent on the preparation and appearance in Court on a motion to abandon the Greece Property.  The individuals who provided services to the Trustee in this category and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 5.30 hrs. | $595.00/hr. | $3,153.50 |
| Jeffrey L. Gansberg | .90 hrs. | $390.00/hr. | 351.00 |
|  |  |  |  |
| **TOTAL** | **6.20 hrs.** |  | **$3,504.50** |

C.  **Tax Issues (Tab No. 3):**  Much Shelist expended .90 hours in discussions with the Trustee's Accountants pertaining to the preparation of the 2010 and 2011 tax returns and transmitted correspondence to the IRS requesting prompt determination of tax liability of this estate.  The individual who provided services in connection with this activity and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | .90 hrs. | $595.00/hr. | $535.50 |
|  |  |  |  |
| **TOTAL** | **.90 hrs.** |  | **$535.50** |

D.  **Claims Analysis/Administration (Tab No. 4):**  A total of 7.10 hours of services were expended in reviewing the claims register for objectionable claims, drafting letters to claimants requesting withdrawal or modification to the claims filed on behalf of the Cook

3

County Treasurer, North Community Bank and Penstar Bank. Counsel reviewed claim withdrawals provided on behalf of the Cook County Treasurer, Daniel Hyman, the pre-petition State Court Receiver, and North Community Bank. Time was also spent on telephonic and written communications with attorneys for secured creditors regarding resolving Chapter 11 claims.

The individual who provided services in connection with this activity and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 7.10 hrs. | $595.00/hr. | $4,224.50 |
| | | | |
| **TOTAL** | **7.10 hrs.** | | **$4,224.50** |

D.    **Fee Matters (Tab No. 4):** A total of 17.00 hours of time was expended by Much Shelist with regard to the preparation, filing and appearing in Court on the hearings on Much Shelist's interim fee petition, the final fee application for Trustee's accountant, as well as this final fee application. Time was also spent corresponding with Debtor's attorney regarding the filing of a Chapter 11 fee application and reviewing same. Counsel for the Trustee appeared in Court on Debtor's attorney's fee application and participated in telephonic communications with counsel for secured creditors regarding possible settlement of claims to funds being held by the Trustee. A summary of Mr. Newman's time is provided below.

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 17.00 hrs. | $582.21/hr* | $9,897.50 |
| | | | |
| **TOTAL** | **17.00 hrs.** | | **$9,897.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

9.    During the time period covered by this application, Much Shelist incurred out-of-pocket expenses in the amount of $53.00. Attached hereto as Exhibit "B" is a detailed

4

itemization of expenses. The charge for photo copies is 10¢ per page. Much Shelist submits that these expenses were reasonable and necessary in connection with the services provided to the Trustee.

10. The services rendered by Much Shelist as the Trustee's attorney has resulted in a benefit to the creditors of this estate.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

(i) Awarding Much Shelist final compensation in the amount of $19,704.50 for the period December 2, 2010 through March 30, 2012;

(ii) Awarding Much Shelist reimbursement of out-of-pocket expenses in the amount of $53.00;

(iii) Authorizing the Trustee to pay Much Shelist the awarded compensation and expense reimbursement forthwith as an allowed Chapter 7 expense of administration of this estate; and

(iv) Granting such other and further relief as this Court deems just and appropriate.

Much Shelist, P.C.

by: /s/Norman B. Newman
One of its attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100
nnewman@muchshelist.com

5