IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 08 B 18941 |
| SOPHIA MEIMAROGLOU, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

### APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO TRUSTEE'S ACCOUNTANTS

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Norman B. Kellerman and FGMK, LLC ("FGMK, LLC"), Trustee's accountants, final compensation and reimbursement of expenses under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. In support of his motion, the Trustee respectfully states as follows:

1. On July 24, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On January 21, 2010, the Debtor converted her case to one under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as the Trustee.

3. On August 3, 2010, this Court entered an Order authorizing the Trustee to employ FGMK, LLC as accountants for the Trustee.

3. Other than as permitted under Section 504 of the Bankruptcy Code, FGMK, LLC has no agreement with any other person or firm with regard to its compensation in this case.

4. During the period July 7, 2010 through July 22, 2011, FGMK, LLC provided 9.80 hours of services in connection with the preparation and filing of the Federal and State income tax returns for the years 2010 and 2011.

5.  Based on the time value of the services rendered, FGMK, LLC is entitled to receive final compensation in the amount of $2,725.00 for services rendered from July 7, 2010 through July 22, 2011

6.  Attached hereto as Exhibit "A" is a statement and description of services rendered during the time period covered by this application.

7.  At all times relevant hereto, FGMK, LLC has provided accounting services in the most efficient and cost effective manner. The services rendered by FGMK, LLC provided a benefit to the Trustee and to the creditors of this estate.

**WHEREFORE**, The Trustee respectfully prays that this Court enter an Order as follows:

1.  Awarding FGMK, LLC final compensation in the amount of $2,725.00 for services rendered from July 7, 2010 through July 22, 2011.

2.  Authorizing the Trustee to pay same forthwith as a Chapter 7 expense of administration of this estate; and

3.  Granting such other and further relief as this Court deems appropriate.

*Submitted for electronic filing this day, February 24, 2012.*

Respectfully submitted,

/s/ Norman B. Newman
Norman B. Newman, Chapter 7 Trustee
For Sophia Meimaroglou

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

3047387_1.doc