**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 08-18941 |
|---|---|---|
| SOPHIA MEIMAROGLOU, | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 a.m. on 05/31/2012 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____    By:    /s/NORMAN NEWMAN
                                            Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MEIMAROGLOU, SOPHIA § Case No. 08-18941
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 103,313.08 |
| and approved disbursements of | $ 39,884.84 |
| leaving a balance on hand of [1] | $ 63,428.24 |
| **Balance on hand:** | $ 63,428.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | COOK COUNTY TREASURER'S OFFICE | 85,795.40 | 0.00 | 0.00 | 0.00 |
| 7 | Daniel J. Hyman | 52,493.65 | 0.00 | 0.00 | 0.00 |
| 8 | WFN, LLC | 3,293,870.96 | 8,132.52 | 0.00 | 8,132.52 |
| 9 | NGN, LLC | 3,817,958.53 | 8,132.52 | 0.00 | 8,132.52 |

Total to be paid to secured creditors:   $   16,265.04
Remaining balance:   $   47,163.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 8,415.65 | 0.00 | 8,415.65 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 47,447.00 | 27,742.50 | 19,704.50 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 123.20 | 70.20 | 53.00 |
| Accountant for Trustee, Fees - FGMK, LLC | 2,725.00 | 0.00 | 2,725.00 |

Total to be paid for chapter 7 administration expenses:   $   30,898.15
Remaining balance:   $   16,265.05

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Morgan & Bley, Ltd. | 16,265.05 | 0.00 | 16,265.05 |

Total to be paid for prior chapter administrative expenses: $ 16,265.05
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,407,900.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | INTERNAL REVENUE SERVICE | 3,526,320.00 | 0.00 | 0.00 |
| 6P-3 | INTERNAL REVENUE SERVICE | 881,580.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,644,573.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Weissberg and Associates, Ltd. | 15,727.21 | 0.00 | 0.00 |
| 2 | PEOPLES GAS LIGHT AND COKE CO | 15,612.21 | 0.00 | 0.00 |
| 3 | National Education Service | 0.00 | 0.00 | 0.00 |
| 4U | INTERNAL REVENUE SERVICE | 2,644,740.00 | 0.00 | 0.00 |
| 6U-3 | INTERNAL REVENUE SERVICE | 881,580.00 | 0.00 | 0.00 |
| 10 | North Community Bank | 59,284.42 | 0.00 | 0.00 |
| 11 | PEOPLES GAS LIGHT & COKE COMPANY | 22,383.54 | 0.00 | 0.00 |
| 12 | Pennstar Bank* | 0.00 | 0.00 | 0.00 |
| 13 | National Education Service | 3,759.99 | 0.00 | 0.00 |

*Trustee abandoned collateral pursuant to Order dated 12/7/10, which was the basis of this secured claim.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 14 | GE Money Bank dba ABT TV/GEMB | 1,486.09 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                              Case No. 08-18941-JPC
Sophia Meimaroglou                                                  Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1            User: froman                 Page 1 of 3                  Date Rcvd: Apr 25, 2012
                                Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2012.
db          +Sophia Meimaroglou,    1460 - 62 W. Fargo,    Chicago, IL 60626-1811
12442994    +Alan B. Roth, as Registered Agent,     225 W. Wacker Dr., #2800,    Chicago, IL 60606-1228
12442996    +Ariel Weissberg, Esq.,    401 S. LaSalle St., Ste. 403,    Chicago, IL 60605-1079
12442997    +Broadway Bank,    5960 N. Broadway,   Chicago, IL 60660-3587
12559793    +COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,   118 NORTH CLARK STREET - ROOM 112,
              CHICAGO, IL 60602-1332
12442999     Cook County Treasurer,    P.O. Box 4468,   Carol Stream, IL 60197-4468
14152438    +Daniel J. Hyman,    Jeffrey S. Burns,    Crowley Barrett & Karaba, Ltd,
              20 S. Clark Street, Suite 2310,    Chicago, IL 60603-1806
12443001    +Dimitri Letsos,    7604 Florence Ave.,   Downers Grove, IL 60516-4445
12443002    +HCI Mortgage,    1 Woodbridge Center,   Woodbridge, NJ 07095-1151
12443003    +Indian Boundary Condo Assoc,    c/o Michael Daniels, Reg Agent,    3856 Oakton,
              Skokie, IL 60076-3454
12443004    +Kenneth Ditkowsky, Esq.,    5940 W. Touhy, Ste. 230,   Niles, IL 60714-4604
15749775    +Morgan & Bley, Ltd.,    c/o Keevan D. Morgan,    900 West Jackson Blvd.,    Suite 4 East,
              Chicago, Illinois 60607-3745
12443006    +NGN, LLC as successor in interest,     to Broadway Bank,    5960 N. Broadway,
              Chicago, IL 60660-3587
12443005    +National Education Service,    200 W. Monroe St. Suite 700,    Chicago, IL 60606-5057
12443007    +Nick Dizonno, Esq.,    Serpe, Dizonno & Assoc.,    One Pierce Pl., Ste. 150 C,
              Itasca, IL 60143-2692
12443008    +North Community Bank,    3639 N. Broadway St.,    Chicago, IL 60613-4489
12494373    +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
15367130    +Pennstar Bank,    c/o Brice C Paul, Esquire,    Nogi, Appleton, Weinberger & Wren, PC,
              415 Wyoming Avenue,    Scranton, PA 18503-1227
12443010    +Peoples Gas,    130 E. Randolph St.,   Chicago, IL 60601-6302
12443012    +Polsinelli Shughart PC,    c/o WFN, LLC,    161 North Clark Street Suite 4200,
              Chicago, IL 60601-3316
12443011    +Steven Pontikes, Esq,    111 W. Washington, Ste. 1221,    Chicago, IL 60602-3482
12443013    +WFN, LLC as successor in interest,     to Broadway Bank,    5960 N. Broadway,
              Chicago, IL 60660-3587
12491686    +Weissberg and Associates, Ltd.,    401 S. LaSalle Street, Suite 403,    Chicago, IL 60605-2993
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12442993    +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2012 02:15:22     ABT TV/GEMB,   PO Box 981439,
              El Paso, TX 79998-1439
15699043    +E-mail/PDF: rmscedi@recoverycorp.com Apr 26 2012 02:15:23     GE Money Bank dba ABT TV/GEMB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12538016     E-mail/Text: cio.bncmail@irs.gov Apr 26 2012 00:27:13     INTERNAL REVENUE SERVICE,
              CENTRALIZED INSOLVENCY,   P O BOX 21126,    STOP N781,   PHILADELPHIA, PA 19114
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          FGMK LLC
aty          Keevan D Morgan
aty          Much Shelist Denenberg Ament & Rubenstein, P C
aty          Norman Kellerman
12442995*   +Alan B. Roth, as Registered Agent,     225 W. Wacker Dr., #2800,   Chicago, IL 60606-1228
12442998*   +Broadway Bank,    5960 N. Broadway,   Chicago, IL 60660-3587
12443000*    Cook County Treasurer,    P.O. Box 4468,   Carol Stream, IL 60197-4468
12443009*   +North Community Bank,    3639 N. Broadway St.,    Chicago, IL 60613-4489
15068877*   +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
12494407*   +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
                                                                                 TOTALS: 4, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: froman              Page 2 of 3           Date Rcvd: Apr 25, 2012
                              Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2012**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: froman              Page 3 of 3                  Date Rcvd: Apr 25, 2012
                              Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2012 at the address(es) listed below:

          David D Ferguson    on behalf of Creditor   NGN, LLC dferguson@polsinelli.com,
           tbackus@polsinelli.com;kvervoort@polsinelli.com;docket@polsinelli.com;smagdziak@polsinelli.com;mt
           amburini@polsinelli.com
          Jean  Soh    on behalf of Creditor   NGN, LLC jsoh@polsinelli.com
          Jeffrey L. Gansberg    on behalf of Trustee Norman Newman jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          Jeffrey S. Burns    on behalf of Creditor Daniel Hyman jburns@cbklaw.com
          Jerry L Switzer    on behalf of Creditor   NGN, LLC jswitzer@polsinelli.com
          Jessica  MacLean    on behalf of Petitioning Creditor   Cook County Treasurer's Office
           jessica.maclean@cookcountyil.gov
          Joel E Blumenfeld    on behalf of Debtor Sophia Meimaroglou joel@jblumenfeldlaw.com
          Keevan D. Morgan    on behalf of Debtor Sophia Meimaroglou kmorgan@morganandbleylimited.com
          Kenneth E. Kaiser    on behalf of Debtor Sophia Meimaroglou kkaiser264@aol.com
          Konstantine T. Sparagis    on behalf of Debtor Sophia Meimaroglou gsparagi@yahoo.com,
           mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
           ester@msn.com;gus@bestclientinc.com
          Norman B Newman    nnewman@muchshelist.com,   IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                  TOTAL: 12