**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MEIMAROGLOU, SOPHIA                             § Case No. 08-18941
                                                       §
                                                       §
Debtor(s)                                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $15,675,700.00 *(without deducting any secured claims)* | Assets Exempt:  $28,200.00 |
| Total Distribution to Claimants: $27,265.04 | Claims Discharged Without Payment: $8,052,473.46 |
| Total Expenses of Administration: $76,048.04 | |

　　　3) Total gross receipts of $     103,313.08    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2**), yielded net receipts of $103,313.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $80,000.00 | $7,261,118.54 | $27,265.04 | $27,265.04 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,212.79 | 59,782.99 | 59,782.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 121,744.85 | 16,265.05 | 16,265.05 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,407,900.00 | 4,407,900.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,996.00 | 3,933,573.46 | 3,644,573.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $123,996.00 | $15,736,549.64 | $8,155,786.54 | $103,313.08 |

    4) This case was originally filed under Chapter 7 on July 24, 2008. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2012           By: /s/NORMAN NEWMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Quarterly Trustee Fees | 1290-010 | 320.00 |
| Debtor-in-Possession Bank Accounts | 1290-010 | 82,342.29 |
| Defaulted Earnest Money | 1129-000 | 20,600.48 |
| Interest Income | 1270-000 | 50.31 |
| **TOTAL GROSS RECEIPTS** | | **$103,313.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | COOK COUNTY TREASURER'S OFFICE | 4700-000 | 80,000.00 | 85,795.40 | 0.00 | 0.00 |
| 7 | Daniel J. Hyman | 4110-000 | N/A | 52,493.65 | 0.00 | 0.00 |
| 8 | WFN, LLC | 4110-000 | N/A | 3,293,870.96 | 8,132.52 | 8,132.52 |
| 9 | NGN, LLC | 4110-000 | N/A | 3,817,958.53 | 8,132.52 | 8,132.52 |
| | Iani Varga | 4220-000 | N/A | 11,000.00 | 11,000.00 | 11,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$80,000.00** | **$7,261,118.54** | **$27,265.04** | **$27,265.04** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 8,415.65 | 8,415.65 | 8,415.65 |
| FGMK, LLC | 3410-000 | N/A | 2,725.00 | 2,725.00 | 2,725.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 0.00 | 123.20 | 123.20 |
| Much Shelist, et.al. | 3110-000 | N/A | 0.00 | 47,447.00 | 47,447.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 61.12 | 61.12 | 61.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 150.06 | 150.06 | 150.06 |
| The Bank of New York Mellon | 2600-000 | N/A | -119.14 | -119.14 | -119.14 |
| The Bank of New York Mellon | 2600-000 | N/A | -119.14 | -119.14 | -119.14 |
| The Bank of New York Mellon | 2600-000 | N/A | -119.17 | -119.17 | -119.17 |
| BANK SERVICE AND TECHNOLOGY FEE | 2600-000 | N/A | 119.14 | 119.14 | 119.14 |
| BANK SERVICE AND TECHNOLOGY FEE | 2600-000 | N/A | 119.14 | 119.14 | 119.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 132.28 | 132.28 | 132.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.67 | 127.67 | 127.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 140.61 | 140.61 | 140.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 131.52 | 131.52 | 131.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.64 | 139.64 | 139.64 |
| International Sureties, Ltd. | 2300-000 | N/A | 51.98 | 51.98 | 51.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 126.19 | 126.19 | 126.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 130.24 | 130.24 | 130.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,212.79 | $59,782.99 | $59,782.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Morgan & Bley, Ltd. | 6210-160 | N/A | 121,744.85 | 16,265.05 | 16,265.05 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $121,744.85 | $16,265.05 | $16,265.05 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 3,526,320.00 | 3,526,320.00 | 0.00 |
| 6P-3 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 881,580.00 | 881,580.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,407,900.00 | $4,407,900.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Weissberg and Associates, Ltd. | 7100-000 | 19,000.00 | 15,727.21 | 15,727.21 | 0.00 |
| 2 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | 21,154.00 | 15,612.21 | 15,612.21 | 0.00 |
| 3 | National Education Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 4U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 2,644,740.00 | 2,644,740.00 | 0.00 |
| 6U-3 | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 881,580.00 | 881,580.00 | 0.00 |
| 10 | North Community Bank | 7100-000 | N/A | 59,284.42 | 59,284.42 | 0.00 |
| 11 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | N/A | 22,383.54 | 22,383.54 | 0.00 |
| 12 | Pennstar Bank* | 7100-000 | N/A | 289,000.00 | 0.00 | 0.00 |
| 13 | National Education Service | 7100-000 | 3,842.00 | 3,759.99 | 3,759.99 | 0.00 |
| 14 | GE Money Bank dba ABT TV/GEMB | 7100-000 | N/A | 1,486.09 | 1,486.09 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $43,996.00 | $3,933,573.46 | $3,644,573.46 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-18941  
**Case Name:** MEIMAROGLOU, SOPHIA  

**Period Ending:** 07/26/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 01/21/10 (c)  
**§341(a) Meeting Date:** 02/25/10  
**Claims Bar Date:** 06/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Potential inheritance from deceased father's est<br>  Orig. Asset Memo: Imported from original petition Doc# 114 | Unknown | 0.00 | OA | 0.00 | FA |
| 2 | Potential causes of action versus DEMETRIS GIANN<br>  Orig. Asset Memo: Imported from original petition Doc# 114 | Unknown | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 100.00 | 100.00 | DA | 0.00 | FA |
| 4 | Quarterly Trustee Fees  (u) | 320.00 | 320.00 | | 320.00 | FA |
| 5 | Debtor-in-Possession Bank Accounts  (u) | 79,842.29 | 79,842.29 | | 82,342.29 | FA |
| 6 | Real Estate - 7450-56 N. Greenview, Chicago | 4,400,000.00 | 320,000.00 | DA | 0.00 | FA |
| 7 | Real Estate - 1500 W. Fargo, Chicago | 4,400,000.00 | 320,000.00 | DA | 0.00 | FA |
| 8 | Real Estate - 1456-62 W. Fargo, Chicago | 4,400,000.00 | 1,105,000.00 | DA | 0.00 | FA |
| 9 | Real Estate - 3362 S. Giles Avenue, Chicago | 400,000.00 | 111,000.00 | OA | 0.00 | FA |
| 10 | 3409 S. Giles Avenue (Vacant Lot) | 100,000.00 | 99,999.00 | OA | 0.00 | FA |
| 11 | Real Estate - 2419 W. Greenleaf, Chicago | 250,000.00 | 171,547.00 | OA | 0.00 | FA |
| 12 | 6150 S. Kenwood Avenue (Vacant Lot) | 725,000.00 | 725,000.00 | OA | 0.00 | FA |
| 13 | Condo I - Thessaloniki, Greece | 200,000.00 | 200,000.00 | OA | 0.00 | 0.00 |
| 14 | Condo II - Thessaloniki, Greece | 400,000.00 | 400,000.00 | OA | 0.00 | 0.00 |
| 15 | Checking Account - North Community Bank | 700.00 | 700.00 | DA | 0.00 | FA |
| 16 | Checking Account - Broadway Bank | 1,100.00 | 1,100.00 | DA | 0.00 | FA |
| 17 | Checking Account - Charter One Bank | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 18 | Miscellaneous Household Goods | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 19 | Miscellaneous Books, Pictures, etc. | 500.00 | 500.00 | DA | 0.00 | FA |
| 20 | Wearing Apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 21 | Jewelry | 10,000.00 | 6,000.00 | DA | 0.00 | FA |
| 22 | Miscellaneous Hobby Equipment | 50.00 | 50.00 | DA | 0.00 | FA |
| 23 | Interests in Life Insurance Policy | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | Stock - Birchmont, LLC | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-18941  
**Case Name:** MEIMAROGLOU, SOPHIA  

**Period Ending:** 07/26/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 01/21/10 (c)  
**§341(a) Meeting Date:** 02/25/10  
**Claims Bar Date:** 06/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 25  Stock - R.S.D., LLC | 315,000.00 | 315,000.00 | DA | 0.00 | FA |
| 26  Stock - Bichmont Suites | 0.00 | 0.00 | DA | 0.00 | FA |
| 27  Account Receivable (Judgment Debtor) | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 28  Account Receivable (Miscellaneous) | 17,000.00 | 17,000.00 | DA | 0.00 | FA |
| 29  Automobile - '98 Infinity | 6,000.00 | 3,600.00 | DA | 0.00 | FA |
| 30  Automobile - '89 Ford Van | 600.00 | 600.00 | DA | 0.00 | FA |
| 31  Office Equipment | 600.00 | 600.00 | DA | 0.00 | FA |
| 32  Supplies | 250.00 | 250.00 | DA | 0.00 | FA |
| 33  VOID | 0.00 | 0.00 | DA | 0.00 | FA |
| 34  Judgment Order Agst. RA Schavitz | 24,000.00 | 24,000.00 | DA | 0.00 | FA |
| 35  Defaulted Earnest Money | 20,000.00 | 20,000.00 |  | 20,600.48 | FA |
| 36  Pending Contract for 2409 S. Giles Avenue | 0.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A |  | 50.31 | Unknown |
| 37  Assets  Totals (Excluding unknown values) | **$15,775,862.29** | **$3,940,208.29** |  | **$103,313.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Reviewing claims.  Preparing final report.

**Initial Projected Date Of Final Report (TFR):**   August 31, 2011         **Current Projected Date Of Final Report (TFR):**   August 31, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-18941  
**Case Name:** MEIMAROGLOU, SOPHIA  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****02-65 - Money Market Account  

**Taxpayer ID #:** **-***7031  
**Period Ending:** 07/26/12  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/10 | {4} | United States Treasury | Overpayment of U.S. Trustee Quarterly Fees | 1290-010 | 320.00 | | 320.00 |
| 03/19/10 | {5} | Fifth Third Bank | Funds Turned Over from Debtor-in-Possession Account | 1290-010 | 4,603.35 | | 4,923.35 |
| 03/19/10 | {5} | Fifth Third Bank | Funds Turned Over from Debtor-in-Possession Account | 1290-010 | 75,238.94 | | 80,162.29 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 80,163.27 |
| 04/02/10 | {5} | Fifth Third Bank | Funds Turned Over from Debtor-in-Possession Account | 1290-010 | 2,500.00 | | 82,663.27 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.54 | | 82,663.81 |
| 04/06/10 | | Wire out to BNYM account 9200******0265 | Wire out to BNYM account 9200******0265 | 9999-000 | -82,663.81 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -82,663.81 | 0.00 | |
| **Subtotal** | **82,663.81** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$82,663.81** | **$0.00** | |

{} Asset reference(s)                                                                                                      Printed: 07/26/2012 03:19 PM   V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-18941 | | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|---|
| Case Name: | MEIMAROGLOU, SOPHIA | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account: | 9200-******02-65 - Checking Account |
| Taxpayer ID #: | **-***7031 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/26/12 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | 9999-000 | 82,663.81 | | 82,663.81 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.96 | | 82,667.77 |
| 05/18/10 | {35} | Ditkowsky & Contorer | Defaulted Earnest Money | 1129-000 | 20,600.48 | | 103,268.25 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.43 | | 103,273.68 |
| 06/08/10 | 11001 | Iani Varga | Settlement of claim in connection with 7450-56 N. Greenview, Chicago, IL | 4220-000 | | 11,000.00 | 92,273.68 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.90 | | 92,279.58 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.48 | | 92,285.06 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.48 | | 92,290.54 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.27 | | 92,292.81 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.35 | | 92,295.16 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.27 | | 92,297.43 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.35 | | 92,299.78 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.35 | | 92,302.13 |
| 02/15/11 | 11002 | Much Shelist, et.al. | Interim Compensation for the period 2/8/10 - 11/12/10 | 3110-000 | | 27,742.50 | 64,559.63 |
| 02/15/11 | 11003 | Much Shelist, et.al. | Interim Expenses for the period 2/8/10 - 11/12/10 | 3120-000 | | 70.20 | 64,489.43 |
| 02/15/11 | 11004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-18941, Bond #016026455 | 2300-000 | | 61.12 | 64,428.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.84 | | 64,430.15 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.64 | | 64,431.79 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.05 | | 64,432.84 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.21 | | 64,433.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.31 | | 64,433.36 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.64 | | 64,435.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.52 | | 64,435.52 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 64,436.06 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 64,436.60 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.06 | 64,286.54 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -119.14 | 64,405.68 |
| 09/12/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -119.14 | 64,524.82 |
| 09/13/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | -119.17 | 64,643.99 |

Subtotals : $103,310.42 $38,666.43

{} Asset reference(s)          Printed: 07/26/2012 03:19 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-18941  
**Case Name:** MEIMAROGLOU, SOPHIA  

**Taxpayer ID #:** **-***7031  
**Period Ending:** 07/26/12  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Adjustment | | | | |
| 09/13/11 | | BANK SERVICE AND TECHNOLOGY FEE | | 2600-000 | | 119.14 | 64,524.85 |
| 09/13/11 | | BANK SERVICE AND TECHNOLOGY FEE | | 2600-000 | | 119.14 | 64,405.71 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.52 | | 64,406.23 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 132.28 | 64,273.95 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 64,274.49 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 127.67 | 64,146.82 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.52 | | 64,147.34 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 140.61 | 64,006.73 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 64,007.27 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 131.52 | 63,875.75 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 63,876.29 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.64 | 63,736.65 |
| 02/07/12 | 11005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #08-18941, Bond#016026455 | 2300-000 | | 51.98 | 63,684.67 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 126.19 | 63,558.48 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 130.24 | 63,428.24 |
| 06/01/12 | 11006 | WFN, LLC | Final Distribtuion Allowed by the Bankruptcy Court | 4110-000 | | 8,132.52 | 55,295.72 |
| 06/01/12 | 11007 | NGN, LLC | Final Distribtuion Allowed by the Bankruptcy Court | 4110-000 | | 8,132.52 | 47,163.20 |
| 06/01/12 | 11008 | Norman B. Newman, Trustee | Dividend paid 100.00% on $8,415.65, Trustee Compensation;  Reference: | 2100-000 | | 8,415.65 | 38,747.55 |
| 06/01/12 | 11009 | FGMK, LLC | Dividend paid 100.00% on $2,725.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,725.00 | 36,022.55 |
| 06/01/12 | 11010 | Much Shelist, et.al. | Dividend paid 100.00% on $123.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 53.00 | 35,969.55 |
| 06/01/12 | 11011 | Much Shelist, et.al. | Dividend paid 100.00% on $47,447.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 19,704.50 | 16,265.05 |
| 06/01/12 | 11012 | Morgan & Bley, Ltd. | Dividend paid 100.00% on $16,265.05, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 16,265.05 | 0.00 |

Subtotals :    $2.66    $64,646.65

{} Asset reference(s)

Printed: 07/26/2012 03:19 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-18941  
**Case Name:** MEIMAROGLOU, SOPHIA  

**Taxpayer ID #:** **-***7031  
**Period Ending:** 07/26/12  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******02-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 103,313.08 | 103,313.08 | $0.00 |
| | | | Less: Bank Transfers | | 82,663.81 | 0.00 | |
| | | | **Subtotal** | | 20,649.27 | 103,313.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,649.27** | **$103,313.08** | |

Net Receipts : 103,313.08  
──────────  
Net Estate : $103,313.08  

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****02-65** | 82,663.81 | 0.00 | 0.00 |
| **Checking # 9200-******02-65** | 20,649.27 | 103,313.08 | 0.00 |
| | **$103,313.08** | **$103,313.08** | **$0.00** |

{} Asset reference(s)

Printed: 07/26/2012 03:19 PM V.13.02